# IN THE SUPREME COURT OF THE STATE OF NEVADA

GEORGE ANTHONY TOLIVER,
                     Appellant,
          vs.
THE STATE OF NEVADA,
                     Respondent.

No. 84176

FILED

FEB 14 2022

CLERK OF SUPREME COURT
BY_____
     DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Christy L. Craig, Judge.

On January 27, 2022, appellant filed a pro se notice of appeal in district court case number C-21-353123-1.[1] The notice of appeal fails to cite any identifiable order in the notice of appeal. *See* NRAP 3(c)(1)(B) (requiring a notice of appeal to "designate the judgment, order or part thereof being appealed"). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.          _____, J.
Cadish                                  Pickering

---

[1]A postconviction petition for a writ of habeas corpus was orally denied on November 30, 2021, in related district court case number A-21-841549-W. However, that order was not designated in this appeal. Appellant may file an appeal from that order when the district court enters a written order.

cc: Hon. Christy L. Craig, District Judge
George Anthony Toliver
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk